

## NUMBERS 13-18-00210-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                    Appellant,

v.

REYNALDO MARTINEZ JR.,                                                Appellee.

**On appeal from the County Court at Law No. 2
of Victoria County, Texas.**

# ORDER

**Before Chief Justice Contreras, Justices Benavides, and Longoria
Order Per Curiam**

On January 7, 2019 this Court issued an Order of Abatement to determine appellee's indigency status and entitlement to court-appointed counsel. Appellee's trial counsel has filed a motion with this Court requesting to withdraw based on a previous pro bono/substantially reduced fee representation contract for the purposes of trial only.

The trial court issued an order granting trial counsel's motion to withdraw and appointed appellate counsel for appellee. A supplemental clerk's record has been filed with this Court.

This cause of action was REINSTATED on January 25, 2019. Appellee is ordered to file his brief within thirty days (30) days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
28th day of January, 2019.